JAMES H. DUNCAN &c.)
 vs ) No. 8765
R. B. FOWLER )

October 16, 1922

Court of Appeal
PARISH OF ORLEANS
FILED Oct 16/22
H. J. Stansbury

JAMES H. DUNCAN ETC )

vs ) No. 8765

RANDELL B. FOWLER )

CHAS. F. CLAIBORNE, JUDGE.

On motion to dismiss-------

Judgment was rendered in favor of plaintiff and against defendant on June 6th, and signed on the same day. From this judgment the defendant, on June 15th, obtained an order for a suspensive appeal. On June 20th he filed an appeal bond. Thus it appears that the appeal bond was filed fourteen days after the rendition of the judgment. Plaintiff and appellee moves to dismiss the appeal on the ground that the appeal was filed

"more than ten judicial days from the signing of the judgment."

This is a suit for $125.87 and was tried by the City Court of New Orleans under section 91 of the Constitution of 1921 p.65--Act 128 of 1921 p. 332 entitled: "An Act to regulate the practice in the City Courts of New Orleans, and to carry into effect sections 90, 91, and 92 of Article VII of the Constitution" and provides as follows:

"Appeals shall be allowed, and be returnable to the Court of Appeals within ten days, exclusive of Sundays, from the rendition of the judgment etc".

It has been held that

"every act required by law to perfect an appeal, when taken, must be performed within the delay allowed for taking the appeal".

It is therefore ordered that the appeal herein be dismissed.